## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THE LAW OFFICES OF JOSEPH M. BRUNO,** § | | |
| **A.P.L.C. et al.** § | **NO: 08-2762** | |
| § | **CLASS ACTION** | |
| § | | |
| **VERSUS** § | **SECTION: "J"** | |
| § | **MAG: (2)** | |
| **ABN AMRO MORTGAGE GROUP, INC.,** § | | |

### SUPPLEMENTAL AND AMENDING CLASS ACTION COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

**NOW INTO COURT**, through undersigned counsel comes Complainants **THE LAW OFFICES OF JOSEPH M. BRUNO, APLC**, on behalf of itself and all others similarly situated, and **SHELLY LACROIX , WALTER LACKINGS,** and **MARY DANDRIDGE**, on behalf of themselves and all others similarly situated, and for their Supplemental and Amended Complaint with respect state:

### I.

Pursuant to the Order of this Court of August 18, 2009 (Record Doc 342), plaintiffs respectfully supplement and amend their original Complaint by supplementing paragraph 18 with the following sub-paragraphs:

18a.    Additional made Plaintiff is **JACQUELINE BROWN**, a person of the age of majority and

domiciled within the Jurisdiction of this Court in the State of Louisiana, and at all times relevant hereto was a homeowner whose property was damaged as a result of Hurricane Katrina, and whose damaged property is security for a mortgage held by Lender/Mortgagee **21 CENTURY MORTGAGE**, an alleged defendant class member. Jacqueline Brown hired Bruno to institute an insurance claim to recover insurance loss payments in excess of the amount originally offered by the homeowner's insurance company, and who has also applied for and have been deemed eligible for or has already closed on a Road Home grant. The insurance claim instituted on her behalf by Bruno has resulted in an insurance check issued payable to Plaintiff, Bruno, the Road Home, and 21 Century Mortgage in the amount of $15,000.

18b.    Additional made Plaintiffs are **MARY JONES, CAROLYN LOVE,** and **ELODIE ANDERSON**, persons of the age of majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the State of Louisiana, and were homeowners whose properties was damaged as a result of Hurricane Katrina, and whose damaged properties are security for mortgages held by Lender/Mortgagee **ADVANCE MORTGAGE COMPANY**, an alleged defendant class member. Plaintiffs hired Bruno to institute an insurance claim to recover insurance loss payments in excess of the amount originally offered by the homeowner's insurance company. Plaintiffs have also applied for and have been deemed eligible for or have already closed on Road Home grants. The insurance claims instituted on Plaintiffs behalf by Bruno have resulted in insurances checks issued payable as follows:

I.    To Plaintiff Mary Jones, Bruno, the Road Home, and Advance Mortgage

2

Company in the amount of $35,000;

ii.    To Plaintiff Carolyn Love, Bruno, the Road Home, and Advance Mortgage Company in the amount of $10,000;

iii.    To Plaintiff Elodie Anderson, Bruno, the Road Home, and Advance Mortgage Company in the amount of $15,000.

18c.    Additional made Plaintiffs are **PATRICIA CLARK, EVOLA CORNIN, MARGIE GILLARD, MELVIN LANDOR, INEZ SHAW, JANICE STAVES, JUNE VARNADO, BRENDA WILLIAMS, LEOPOLD RODRIGUEZ** and **WILLIAM WINCHESTER**, persons of the age of majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the State of Louisiana, and homeowners whose properties were damaged as a result of Hurricane Katrina, and whose damaged properties are security for mortgages held by Lender/Mortgagee **AMERICAN GENERAL FINANCIAL**, an alleged defendant class member.  Plaintiffs hired Bruno to institute insurance claims to recover insurance loss payments in excess of the amounts originally offered by the homeowners' insurance companies.  Plaintiffs have also applied for and have been deemed eligible for or have already closed on Road Home grants.  The insurance claims instituted on Plaintiffs' behalf by Bruno have resulted in an insurance checks issued payable to Plaintiffs, Bruno, the Road Home, and American General Financial in the amounts as follows:

I.    Patricia Clark, $27,584.13

ii.    Evola Cornin, $14,000.00

iii.    Margie Gillard, $8,000.00

3

iv.     Melvin Landor, $12,125.53

v.      Inez Shaw, $32,000.00

vi.     Janice Staves, $5,940.63

vii.    June Varnado, $22,000.00

viii.   Brenda Williams, $8,000.00

ix.     Leopold Rodriguez, $25,850.00

x.      William Winchester .$18,500.00

18d.    Additional made Plaintiffs are **KEITH BLAZIO, MARY HAMMOTHE, DOUGLAS HOLLY, PHILLIP JOLLY, ROSEMARY NETTER, DEBORAH STEWART, , VERNICE WOODWARD, BETTY MARTIN,  KYRON LYONS,** and **HUBERT SENTINO**, persons of the age of majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the State of Louisiana, and  homeowner whose properties were damaged as a result of Hurricane Katrina, and whose damaged properties are security for mortgages held by Lender/Mortgagee **AMERICAN HOME MORTGAGE**, an alleged defendant class member.  Plaintiffs  hired  Bruno to institute an insurance claims to recover insurance loss payments in excess of the amounts originally offered by the homeowners' insurance companies.  Plaintiffs have also applied for and have been deemed eligible for or have already closed on Road Home grants.  The insurance claims instituted on Plaintiffs' behalf by Bruno have resulted in insurance checks issued payable to Plaintiffs, Bruno, the Road Home, and American Home Mortgage  in the following amounts:

I.      Keith Blazio, $35,000.00, and $6,000.00

    ii.      Mary Hammothe, $3,000, and $15,000.00

    iii.      Douglas Holly, $33,103.33

    iv.      Phillip Jolly, $2,500.00, $527.87, $30,000.00, and $12,592.82

    v.      Rosemary Netter, $12,000.00

    vi.      Deborah Stewart, $18,181.90

    vii.      Vernice Woodward, $29,700.00

    viii.      Betty Martin, $22,000.00

    ix.      Kyron Lyons, $2,000.00, and $8,000.00

    x.      Hubert Sentino, $28,123.37.

18e.    Additional made Plaintiffs are **LANDA BUNCH, DEMETRIUS DILLON, and GWENDOLYN KELLER**, persons of the age of majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the State of Louisiana, and homeowner whose properties were damaged as a result of Hurricane Katrina, and whose damaged properties are security for mortgages held by Lender/Mortgagee **AURORA LOAN**, an alleged defendant class member. Plaintiffs hired Bruno to institute an insurance claims to recover insurance loss payments in excess of the amounts originally offered by the homeowners' insurance companies. Plaintiffs have also applied for and have been deemed eligible for or have already closed on Road Home grants. The insurance claims instituted on Plaintiffs' behalf by Bruno have resulted in insurance checks issued payable to Plaintiffs, Bruno, the Road Home, and Aurora Loan in the following amounts:

    I.      Landa Bunch, $22,831.94, $2,000.00 and $15,000.00

ii.    Demetrius Dillon, $13,225.00

iii.    Gwendolyn Keller, $15,000.00

18f.    Additional made Plaintiffs are RALPH HAYNES, and GLORIA MIKELL, persons of the age of majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the State of Louisiana, and  homeowners whose properties were damaged as a result of Hurricane Katrina, and whose damaged properties are security for mortgages held by Lender/Mortgagee BENEFICIAL MORTGAGE COMPANY OF LOUISIANA, an alleged defendant class member.  Plaintiffs hired  Bruno to institute an insurance claims to recover insurance loss payments in excess of the amounts originally offered by the homeowners' insurance companies.  Plaintiffs have also applied for and have been deemed eligible for or have already closed on Road Home grants.  The insurance claims instituted on Plaintiffs' behalf by Bruno have resulted in insurance checks issued payable to Plaintiffs, Bruno, the Road Home, and Beneficial Mortgage Company of Louisiana  in the following amounts:

I.    Ralph Haynes, $3,093.61, and $30,467.73

ii.    Gloria Mikell, $13,127.70

18h.    Additional made Plaintiffs are **DARRICK BROWN, PAULETTE SIMON, LISA JACKSON-ADAMS, ARLENE MARSHALL, SHIRLEY BESS, YVONNE DAVIS, BERDELL BLACKWELL, GERALD BRADY, FRANK VONHOVEN, EMELDA GOULD, JOSEPH HEBERT, PAULETTE SIMON, EFREN SAMANIEGO, AUDRY MAURICE, MARCEL REGNIER, ARLENE MARSHALL, MARCEL REGNIER,**

6

**JOANA PLATENBURG, ARTHUR ROBERTSON, JOSEPH MUSCARELLO,** and **UDELL BARRIERE**, persons of the age of majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the State of Louisiana, and homeowners whose properties were damaged as a result of Hurricane Katrina, and whose damaged properties are security for mortgages held by Lender/Mortgagee **CHASE HOME FINANCE**, an alleged defendant class member. Plaintiffs hired Bruno to institute an insurance claims to recover insurance loss payments in excess of the amounts originally offered by the homeowners' insurance companies. Plaintiffs have also applied for and have been deemed eligible for or have already closed on Road Home grants. The insurance claims instituted on Plaintiffs' behalf by Bruno have resulted in insurance checks issued payable to Plaintiffs, Bruno, the Road Home, and Chase Home Finance in the following amounts:

I. Darrick Brown, $6,000.00

ii. Paulette Simon, $12,000.00

iii. Lisa Jackson-Adams, $25,000.00

iv. Arlene Marshall, $30,729.30

v. Shirley Bess, $22,000.00

vi. Yvonne Davis, $25,300.00

vii. Berdell Blackwell, $24,200.00

viii. Gerald Brady, $25,000.00

ix. Frank Vonhoven, $25,000.00

x. Emelda Gould, $25,300.00

xi.     Joseph Hebert, $38,000.00

xii.    Paulette Simon, $6,000.00

xiii.   Efren Samaniego, $14,000.00, and $1,500.15

xiv.    Audry Maurice, $28,000.00, and $4,000.00

xv.     Marcel Regnier, $39,209.64, and $2,968.31

xvi.    Arlene Marshall, $1,692.69

xvii.   Joana Platenburg, $2,000.00

xviii.  Arthur Robertson, $20,000.00, and $1,288.40

xix.    Joseph Muscarello, $29,661.27

xx.     Udell Barriere, $$5,101.12, and $33,898.88

18i.    Additional made Plaintiffs are **KEVIN STOVALL, MELISSA ADAMS, DEBRA SMITH, BARTHOLOMEW DIKE, LEO FRANKLIN, HELEN GOODEN, LORA MAGEE**, persons of the age of majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the State of Louisiana, and homeowners whose properties were damaged as a result of Hurricane Katrina, and whose damaged properties are security for mortgages held by Lender/Mortgagee **CITICORP HOME MORTGAGE SERVICES**, an alleged defendant class member. Plaintiffs hired Bruno to institute an insurance claims to recover insurance loss payments in excess of the amounts originally offered by the homeowners' insurance companies. Plaintiffs have also applied for and have been deemed eligible for or have already closed on Road Home grants. The insurance claims instituted on Plaintiffs' behalf by Bruno have resulted in insurance checks issued payable to Plaintiffs,

8

Bruno, the Road Home, and Citicorp Home Mortgage Services in the following amounts:

I.      Kevin Stovall, $15,000.00

ii.     Melissa Adams, $7,389.18

iii.    Debra Smith, $12,000.00

iv.     Bartholomew Dike, $18,000.00

v.      Leo Franklin, $3,200.00, and $21,800.00

vi.     Helen Gooden, $21,318.26, and $1,236.14

vii.    Lora Magee, $10,000.00

18j.    Additional made Plaintiffs are **MANDRELL EASTERLING, DEBRA PORCHE, THEODORE YOUNG,  HAROLD ROBINSON, JAMES ROBINSON,** and **LOIS ADAMS**,  persons of the age of majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the State of Louisiana, and  homeowners whose properties were damaged as a result of Hurricane Katrina, and whose damaged properties are security for mortgages held by Lender/Mortgagee **CITIFINANCIAL, INC.**, an alleged defendant class member.  Plaintiffs  hired  Bruno to institute an insurance claims to recover insurance loss payments in excess of the amounts originally offered by the homeowners' insurance companies.  Plaintiffs have also applied for and have been deemed eligible for or have already closed on Road Home grants.  The insurance claims instituted on Plaintiffs' behalf by Bruno have resulted in insurance checks issued payable to Plaintiffs, Bruno, the Road Home, and Citifinancial, Inc.,  in the following amounts:

I.      Mandrell Easterling, $9,000.00

     ii.     Debra Porche, $32,000.00

     iii.     Theodore Young, $31,862.79, and $2,959.66

     iv.     Harold Robinson, $28,760.17, and $233.22

     v.     James Robinson, $14,780.45, and $219.55

     vi.     Lois Adams, $14,165.33, and $1,299.87.

18k.     Additional made Plaintiffs are **ANTHONY JONES, JAMES MONTGOMERY,** and **SALVADORE CANNATELLA**, persons of the age of majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the State of Louisiana, and homeowners whose properties were damaged as a result of Hurricane Katrina, and whose damaged properties are security for mortgages held by Lender/Mortgagee **CITIMORTGAGE, INC.**, an alleged defendant class member. Plaintiffs hired Bruno to institute an insurance claims to recover insurance loss payments in excess of the amounts originally offered by the homeowners' insurance companies. Plaintiffs have also applied for and have been deemed eligible for or have already closed on Road Home grants. The insurance claims instituted on Plaintiffs' behalf by Bruno have resulted in insurance checks issued payable to Plaintiffs, Bruno, the Road Home, and Citimortgage, Inc., in the following amounts:

     I.     Anthony Jones, $10,000.00

     ii.     James Montgomery, $16,500.00, and $3,440.18

     iii.     Salvadore Cannatella, $4,005.23, and $55,912.81

18l.    Additional made Plaintiff is **LYNN ALLEN**,  persons of the age of majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the State of Louisiana, and homeowners whose properties were damaged as a result of Hurricane Katrina, and whose damaged properties are security for mortgages held by Lender/Mortgagee **CITIWIDE MORTGAGE COMPANY.**, an alleged defendant class member.  Plaintiffs  hired  Bruno to institute an insurance claims to recover insurance loss payments in excess of the amounts originally offered by the homeowners' insurance companies.  Plaintiffs have also applied for and have been deemed eligible for or have already closed on Road Home grants.  The insurance claims instituted on Plaintiffs' behalf by Bruno have resulted in insurance checks issued payable to Plaintiff, Bruno, the Road Home, and Citiwide Mortgage Company,  in the following amount of  $16,000.00.

18k.    Additional made Plaintiffs are      **LEO FRANKLIN, GLENDA ELZY, ROXANNE MELERINE, SYBIL MEGGS, TONYA JOHNSON, RICHARD SHELLING, TIA PAUL, ANTOINETTE RICHARDS, ANTOINETTE ESNEAULT, HEATHER ADAMS,** and **LETITIA YOUNGBLOOD,**  persons of the age of majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the State of Louisiana, and homeowners whose properties were damaged as a result of Hurricane Katrina, and whose damaged  properties  are  security  for  mortgages  held  by  Lender/Mortgagee **COUNTRYWIDE HOME LOANS**, an alleged defendant class member.  Plaintiffs  hired Bruno to institute an insurance claims to recover insurance loss payments in excess of the amounts originally offered by the homeowners' insurance companies.  Plaintiffs have also

11

applied for and have been deemed eligible for or have already closed on Road Home grants. The insurance claims instituted on Plaintiffs' behalf by Bruno have resulted in insurance checks issued payable to Plaintiffs, Bruno, the Road Home, and Countrywide Home Loans, in the following amounts:

I.      Leo Franklin, $22,000.00, and $6,000.00

ii.     Glenda Elzy, $7,718.02, and $819.12

iii.    Roxanne Melerine, $15,000.00

iv.     Sybil Meggs, $20,912.86

v.      Tonya Johnson, $18,000.00

vi.     Richard Shelling, $18,288.40

vii.    Tia Paul, $42,345.12, and $8,551.28

viii.   Antoinette Richards, $$30,800.00

ix.     Antoinette Esneault, $2,500.00

x.      Heather Adams, $11,000.00

xi.     Letitia Youngblood $21,317.48, and $10,000.00

18l.    Additional made Plaintiffs are **ALIKE VERRETT, ADLINE JACOBS, TREVA LEWIS, RONALD CRAFT, MARY DANDRIDGE, CATHERINE THOMPSON-MAGEE** and **MOURDIA MORRIS**, persons of the age of majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the State of Louisiana, and homeowners whose properties were damaged as a result of Hurricane Katrina, and whose damaged properties are security for mortgages held by Lender/Mortgagee **EMC MORTGAGE**

**CORPORATION**, an alleged defendant class member.  Plaintiffs hired Bruno to institute

an insurance claims to recover insurance loss payments in excess of the amounts originally

offered by the homeowners' insurance companies.  Plaintiffs have also applied for and have

been deemed eligible for or have already closed on Road Home grants.  The insurance claims

instituted on Plaintiffs' behalf by Bruno have resulted in insurance checks issued payable to

Plaintiffs, Bruno, the Road Home, and EMC Mortgage Corporation,  in the following

amounts:

I.      Alike Verrett, $12,000.00, $3,500.00, $188.44, and $4,195.46

ii.     Adline Jacobs, $24,010.43, and $393.40

iii.    Treva Lewis, $10,847.76, $51,229.17, and $339.94

iv.     Ronald Craft, $15,000.00

v.      Mary Dandridge, $20,000.00

vi.     Catherine Thompson-Magee  $7,951.44

vii.    Mourdia Morris, $14,000.00

18m.  Additional made Plaintiffs are **ROSLYN DIGGS, RENITA STEPTER, CAROL CLARK,**

**DEBORAH JAMES, ALBERT THIBODEAUX, DENISE WEBSTER, STEPHEN**

**NICKLES,** and **ERNESTINE MAGEE**, persons of the age of majority and at all times

relevant hereto domiciled within the Jurisdiction of this Court in the State of Louisiana, and

homeowners whose properties were damaged as a result of Hurricane Katrina, and whose

damaged properties are security for mortgages held by Lender/Mortgagee **FIDELITY**

**HOMESTEAD**, an alleged defendant class member.  Plaintiffs hired Bruno to institute an

13

insurance claims to recover insurance loss payments in excess of the amounts originally offered by the homeowners' insurance companies. Plaintiffs have also applied for and have been deemed eligible for or have already closed on Road Home grants. The insurance claims instituted on Plaintiffs' behalf by Bruno have resulted in insurance checks issued payable to Plaintiffs, Bruno, the Road Home, and Fidelity Homestead, in the following amounts:

I.      Roslyn Diggs, $101.62

ii.     Renita Stepter, $21,888.19

iii.    Carol Clark, $16,000.00

iv.     Deborah James, $10,000.00

v.      Albert Thibodeaux, $12,000.00

vi.     Denise Webster, $16,000.00

vii.    Stephen Nickles, $20,000.00

viii.   Ernestine Magee $10,134.95.

18n.    Additional made Plaintiffs are **BERNARD ANSARDI,** and **FREDDIE GREEN**, persons of the age of majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the State of Louisiana, and homeowners whose properties were damaged as a result of Hurricane Katrina, and whose damaged properties are security for mortgages held by Lender/Mortgagee **FINANCIAL FREEDOM SENIOR FUNDING**, an alleged defendant class member. Plaintiffs hired Bruno to institute an insurance claims to recover insurance loss payments in excess of the amounts originally offered by the homeowners' insurance companies. Plaintiffs have also applied for and have been deemed eligible for or have

14

already closed on Road Home grants.  The insurance claims instituted on Plaintiffs' behalf by Bruno have resulted in insurance checks issued payable to Plaintiffs, Bruno, the Road Home, and Financial Freedom Senior Funding,  in the following amounts:

I.      Bernard Ansardi, $38,802.55

ii.     Freddie Green, $15,000.00

18o.    Additional made Plaintiff is **JOSEPH LAMARQUE,** a person of the age of majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the State of Louisiana, and a homeowner whose property was damaged as a result of Hurricane Katrina, and whose damaged property is security for a mortgage held by Lender/Mortgagee **FIRST BANK AND TRUST**, an alleged defendant class member.  Plaintiffs  hired  Bruno  to institute an insurance claims to recover insurance loss payments in excess of the amounts originally offered by the homeowners' insurance companies.  Plaintiffs have also applied for and have been deemed eligible for or have already closed on Road Home grants.  The insurance claims instituted on Plaintiffs' behalf by Bruno have resulted in insurance checks issued payable to Plaintiffs, Bruno, the Road Home, and First Bank and Trust,  in the  amount of $2,000.00.

18p.    Additional made Plaintiffs are **DONNA FOURNIER,** and **MAUDE WILLIAMS**, persons of the age of majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the State of Louisiana, and  homeowners whose properties were damaged as a result of Hurricane Katrina, and whose damaged properties are security for mortgages held by Lender/Mortgagee **GMAC MORTGAGE CORPORATION**, an alleged defendant class

member.  Plaintiffs  hired  Bruno to institute an insurance claims to recover insurance loss payments in excess of the amounts originally offered by the homeowners' insurance companies.  Plaintiffs have also applied for and have been deemed eligible for or have already closed on Road Home grants.  The insurance claims instituted on Plaintiffs' behalf by Bruno have resulted in insurance checks issued payable to Plaintiffs, Bruno, the Road Home, and GMAC Mortgage Corporation,  in the following amounts:

I.         Donna Fourniers, $10,000.00, and $2,000.00

ii.        Maude Williams, $16,028.00

18q.    Additional made Plaintiffs are **HERBERT BARTHOLOMEW, EDNA LEWIS, RUBEN MOLETT,** and **MICHAEL ROBINSON**, persons of the age of majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the State of Louisiana, and homeowners whose properties were damaged as a result of Hurricane Katrina, and whose damaged properties are security for mortgages held by Lender/Mortgagee **HOMECOMINGS FINANCIAL ,LLC**, an alleged defendant class member.  Plaintiffs hired  Bruno to institute an insurance claims to recover insurance loss payments in excess of the amounts originally offered by the homeowners' insurance companies.  Plaintiffs have also applied for and have been deemed eligible for or have already closed on Road Home grants. The insurance claims instituted on Plaintiffs' behalf by Bruno have resulted in insurance checks issued payable to Plaintiffs, Bruno, the Road Home, and Homecomings Financial, LLC,  in the following amounts:

I.         Herbert Bartholomew, $896.29, and 29,103.71

ii.    Edna Lewis, $3,018.10, and $21,889.19

iii.   Ruben Molett, $4,249.16

iv.    Michael Robinson $21,982.45

18r.    Additional made Plaintiffs are **TINA THOMAS, GAIL BELONEY, BRIAN MORRIS, DELORIS SPURLOCK, SHIRLEY TAYLOR, KISHA WHITE, CARLA CLOUD, MELANIE WILLIAMS, NANCY HARRISON,** and **CELAMCIO CHARBONNET**, persons of the age of majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the State of Louisiana, and homeowners whose properties were damaged as a result of Hurricane Katrina, and whose damaged properties are security for mortgages held by Lender/Mortgagee **HOMEQ SERVICING CORPORATION**, an alleged defendant class member. Plaintiffs hired Bruno to institute an insurance claims to recover insurance loss payments in excess of the amounts originally offered by the homeowners' insurance companies. Plaintiffs have also applied for and have been deemed eligible for or have already closed on Road Home grants. The insurance claims instituted on Plaintiffs' behalf by Bruno have resulted in insurance checks issued payable to Plaintiffs, Bruno, the Road Home, and Homeq Servicing Corporation, in the following amounts:

I.     Tina Thomas, $2,000.00

ii.    Gail Beloney, $20,000.00

iii.   Brian Morris, $10,000.00

iv.    Deloris Spurlock, $28,000.00

v.     Shirley Taylor, $18,000.00

17

vi      Kisha White, $25,000.00

vii.    Carla Cloud, $12,528.00

viii.   Melanie Williams, $22,000.00

ix.     Nancy Harrison, $29,600.00

x.      Celamcio Charbonnet $10,000.00

18s.    Additional made Plaintiffs are **DWAYNE COOPER, and SHARILYNA WEBER**, persons of the age of majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the State of Louisiana, and homeowners whose properties were damaged as a result of Hurricane Katrina, and whose damaged properties are security for mortgages held by Lender/Mortgagee **HOUSEHOLD FINANCE CORPORATION**, an alleged defendant class member. Plaintiffs hired Bruno to institute an insurance claims to recover insurance loss payments in excess of the amounts originally offered by the homeowners' insurance companies. Plaintiffs have also applied for and have been deemed eligible for or have already closed on Road Home grants. The insurance claims instituted on Plaintiffs' behalf by Bruno have resulted in insurance checks issued payable to Plaintiffs, Bruno, the Road Home, and Household Finance Corporation, in the following amounts:

I.      Dwayne Cooper, $18,000.00

ii.     Sharilyna Weber, $55,953.46

18t.    Additional made Plaintiffs are **JAMES ANDERSON, KIMBERLY MATTHEWS, DANETTE MORRISON**, and **MARY CHRISTOFFER**, persons of the age of majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the State of

18

Louisiana, and homeowners whose properties were damaged as a result of Hurricane Katrina, and whose damaged properties are security for mortgages held by Lender/Mortgagee **HSBC MORTGAGE CORPORATION**, an alleged defendant class member. Plaintiffs hired Bruno to institute an insurance claims to recover insurance loss payments in excess of the amounts originally offered by the homeowners' insurance companies. Plaintiffs have also applied for and have been deemed eligible for or have already closed on Road Home grants. The insurance claims instituted on Plaintiffs' behalf by Bruno have resulted in insurance checks issued payable to Plaintiffs, Bruno, the Road Home, and HSBC Mortgage Corporation, in the following amounts:

I.      James Anderson, $15,000.00

ii.     Kimberly Matthews, $7,500.00

iii.    Danette Morrison, $22,681.36

iv.     Mary Christoffer $7,500.00

18t.    Additional made Plaintiffs are **ELIZABETH ROSS, and ALLEN RECASNER**, persons of the age of majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the State of Louisiana, and homeowners whose properties were damaged as a result of Hurricane Katrina, and whose damaged properties are security for mortgages held by Lender/Mortgagee **HSBC MORTGAGE SERVICES INC.**, an alleged defendant class member. Plaintiffs hired Bruno to institute an insurance claims to recover insurance loss payments in excess of the amounts originally offered by the homeowners' insurance companies. Plaintiffs have also applied for and have been deemed eligible for or have

19

already closed on Road Home grants.  The insurance claims instituted on Plaintiffs' behalf by Bruno have resulted in insurance checks issued payable to Plaintiffs, Bruno, the Road Home, and  HSBC Mortgage Services Inc,  in the following amounts:

I.       Elizabeth Ross, $33,000.00

ii.      Allen Recasner, $12,000.00

18u.   Additional made Plaintiffs **JOANN DAVIS**, a person of the age of majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the State of Louisiana, and homeowner whose property was damaged as a result of Hurricane Katrina, and whose damaged property is security for a mortgage held by Lender/Mortgagee **INDYMAC FINANCIAL SERVICES CORP.**, an alleged defendant class member.  Plaintiffs  hired Bruno to institute an insurance claims to recover insurance loss payments in excess of the amounts originally offered by the homeowners' insurance companies.  Plaintiff has also applied for and has been deemed eligible for or has already closed on a Road Home grant. The insurance claim instituted on Plaintiff's behalf by Bruno has resulted in an insurance check issued payable to Plaintiff, Bruno, the Road Home, and Indymac Financial Services, Corp.,  in the amount of $4,200.00.

18v.   Additional made Plaintiffs are **MARITA JOHNSON, BOKIO JOHNSON, JUDAS LITTLETON, CHARLES THIBODEAUX, CLARVETTE JOHNSON, PAULA WILSON, and JOYCE WILLIAMS**, persons of the age of majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the State of Louisiana, and homeowners whose properties were damaged as a result of Hurricane Katrina, and whose

damaged properties are security for mortgages held by Lender/Mortgagee **LITTON LOAN SERVICING, LP.**, an alleged defendant class member.  Plaintiffs hired Bruno to institute an insurance claims to recover insurance loss payments in excess of the amounts originally offered by the homeowners' insurance companies.  Plaintiffs have also applied for and have been deemed eligible for or have already closed on Road Home grants.  The insurance claims instituted on Plaintiffs' behalf by Bruno have resulted in insurance checks issued payable to Plaintiffs, Bruno, the Road Home, and Litton Loan Servicing, LP, in the following amounts:

I.      Marita Johnson, $1,000.00, and $1,700.00

ii.     Bokio Johnson, $29,464.92

iii.    Judas Littleton, $16,500

iv.     Charles Thibodeaux, $20,000.00, and $1,200.00

v.      Clarvette Johnson, $26,622.67

vi.     Paula Wilson, $16,022.67

vii.    Joyce Williams, $12,000.00

18w.    Additional made Plaintiffs are **MILDRED GOSSERAND, CONSTANCE KENNIE, JOSEPH ZARDIES, MARIO RICHARD, EVA GILBERT, MARY HAMPTON, BRENT TIGLER, HENRIETTA MADISON, MARY JONES, LINDA CALLAIS, and ARTHUR NELSON**, persons of the age of majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the State of Louisiana, and homeowners whose properties were damaged as a result of Hurricane Katrina, and whose damaged properties are security for mortgages held by Lender/Mortgagee **MIDLAND MORTGAGE**

21

CORPORATION, an alleged defendant class member.  Plaintiffs  hired  Bruno to institute

an insurance claims to recover insurance loss payments in excess of the amounts originally

offered by the homeowners' insurance companies.  Plaintiffs have also applied for and have

been deemed eligible for or have already closed on Road Home grants.  The insurance claims

instituted on Plaintiffs' behalf by Bruno have resulted in insurance checks issued payable to

Plaintiffs, Bruno, the Road Home, and Midland Mortgage Corporation,  in the following

amounts:

I.      Mildred Gosserand, $25,000.00

ii.     Constance Kennie, $20,000.00

iii.    Joseph Zardies, $5,253.00

v.      Mario Richard, $10,000.00

v.      Eva Gilbert, $24,785.01

vi.     Mary Hampton, $$14,882.28

vii.    Brent Tigler, $8,000.00, and $1,720.01

viii.   Henrietta Madison, $32,031.55

ix.     Mary Jones, $30,000.00

x.      Linda Callais, $15,000.00

xi.     Arthur Nelson $1,556.94

18x.    Additional made Plaintiffs are **ARTHUR WASHINGTON, TOYE LAUGAND, MARY**

**VERRETT, ERNEST GRANT, and GLORIA WHEELER**, persons of the age of

majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the

22

State of Louisiana, and homeowners whose properties were damaged as a result of Hurricane Katrina, and whose damaged properties are security for mortgages held by Lender/Mortgagee **NATIONSTAR MORTGAGE, LLC**, an alleged defendant class member. Plaintiffs hired Bruno to institute an insurance claims to recover insurance loss payments in excess of the amounts originally offered by the homeowners' insurance companies. Plaintiffs have also applied for and have been deemed eligible for or have already closed on Road Home grants. The insurance claims instituted on Plaintiffs' behalf by Bruno have resulted in insurance checks issued payable to Plaintiffs, Bruno, the Road Home, and Nationstar Mortgage LLC, in the following amounts:

I.      Arthur Washington, $8,000.00

ii.     Toye Laugand, $27,500.00

iii.    Mary Verrett, $25,000.00

iv.     Ernest Grant, $5,000.009

v.      Gloria Wheeler $3,000.00

18y.    Additional made Plaintiffs are **JOHN FONTENOT, and CHANTELLE ROHR**, persons of the age of majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the State of Louisiana, and homeowners whose properties were damaged as a result of Hurricane Katrina, and whose damaged properties are security for mortgages held by Lender/Mortgagee **NOVASTAR MORTGAGE, INC**, an alleged defendant class member. Plaintiffs hired Bruno to institute an insurance claims to recover insurance loss payments in excess of the amounts originally offered by the homeowners' insurance companies.

Plaintiffs have also applied for and have been deemed eligible for or have already closed on Road Home grants.  The insurance claims instituted on Plaintiffs' behalf by Bruno have resulted in insurance checks issued payable to Plaintiffs, Bruno, the Road Home, and Novanstar  Mortgage Inc.,  in the following amounts:

I.      John Fontenot, $18,827.67

ii.     Chantelle Rohr, $11,000.00

18z.    Additional made Plaintiffs are **CAROLYN BOUDREAUX, PATRICIA ALLEN, RALPH BRYAN, AND GERALDINE WEST**, persons of the age of majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the State of Louisiana, and homeowners whose properties were damaged as a result of Hurricane Katrina, and whose damaged properties are security for mortgages held by Lender/Mortgagee **OPTION ONE MORTGAGE CORPORATION,** an alleged defendant class member.  Plaintiffs  hired Bruno to institute an insurance claims to recover insurance loss payments in excess of the amounts originally offered by the homeowners' insurance companies.  Plaintiffs have also applied for and have been deemed eligible for or have already closed on Road Home grants. The insurance claims instituted on Plaintiffs' behalf by Bruno have resulted in insurance checks issued payable to Plaintiffs, Bruno, the Road Home, and Option One Mortgage Corporation,  in the following amounts:

I.      Carolyn Boudreaux, $17,417.77

ii.     Patricia Alle, $30,521.49, and 24,877.00

iii.    Ralph Bryan,  $27,696.95

iv.    Geraldine West,  $6,000.00

v.    Gloria Wheeler $3,000.00

18aa.   Additional made Plaintiffs are **LUCIUS THOMPSON, DORIS AUBRY, ANGLE RILLEAUX-FIELDS, DANIEL FISHER, ALBERTA McCALL, GEORGE CHATTERS, and THOMAS PAYTON**, persons of the age of majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the State of Louisiana, and homeowners whose properties were damaged as a result of Hurricane Katrina, and whose damaged properties are security for mortgages held by Lender/Mortgagee **REGIONS BANK,** an alleged defendant class member.  Plaintiffs  hired  Bruno to institute an insurance claims to recover insurance loss payments in excess of the amounts originally offered by the homeowners' insurance companies.  Plaintiffs have also applied for and have been deemed eligible for or have already closed on Road Home grants.  The insurance claims instituted on Plaintiffs' behalf by Bruno have resulted in insurance checks issued payable to Plaintiffs, Bruno, the Road Home, and Regions Bank,  in the following amounts:

I.    Lucius Thompson, $16,000.00

ii.    Doris Aubry, $18,147.32

iii.    Angle Rilleaux-Fields, $15,000.00

iv.    Daniel Fisher, $20,000.00

v.    Alberta McCall, $24,544.43

vi.    George Chatters, $5,714.33, and $20,427.60

vii.    Thomas Payton $14,303.38

18bb.   Additional made Plaintiffs are **EDDIE BROWN, CARL BEARD, ROOSEVELT HOUSTON, GARY NETTER, FRANK BUTLER, WILLIEMAE ANGELETTA, TYRONE CLIFF**, persons of the age of majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the State of Louisiana, and homeowners whose properties were damaged as a result of Hurricane Katrina, and whose damaged properties are security for mortgages held by Lender/Mortgagee **SAXON MORTGAGE, INC.** an alleged defendant class member.  Plaintiffs hired Bruno to institute an insurance claims to recover insurance loss payments in excess of the amounts originally offered by the homeowners' insurance companies.  Plaintiffs have also applied for and have been deemed eligible for or have already closed on Road Home grants.  The insurance claims instituted on Plaintiffs' behalf by Bruno have resulted in insurance checks issued payable to Plaintiffs, Bruno, the Road Home, and Saxon Mortgage, Inc., in the following amounts:

I.      Eddie Brown, $15,000.00, and $2,613.79

ii.     Carl Beard, $17,000.00

iii.    Roosevelt Houston, $14,544.57, and $738.05

iv.     Gary Netter, $27,000.00

v.      Frank Butler, $1,271.56, and $22,250.53

vi.     Williemae Angeletta, $10,000.00

vii.    Tyrone Cliff $18,705.09, and $1,613.71

18cc.   Additional made Plaintiffs are **ROSE LANDRY, EARNESTINE BRATTON, JOSIE WILLIAMS, KIMBERLY HAYDEL, MATTHEW SMITH, and DEBRA MOSBY**,

persons of the age of majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the State of Louisiana, and homeowners whose properties were damaged as a result of Hurricane Katrina, and whose damaged properties are security for mortgages held by Lender/Mortgagee **SELECT PORTFOLIO SERVICING, INC**.  an alleged defendant class member.  Plaintiffs  hired  Bruno to institute an insurance claims to recover insurance loss payments in excess of the amounts originally offered by the homeowners' insurance companies.  Plaintiffs have also applied for and have been deemed eligible for or have already closed on Road Home grants.  The insurance claims instituted on Plaintiffs' behalf by Bruno have resulted in insurance checks issued payable to Plaintiffs, Bruno, the Road Home, and Select Portfolio Servicing, Inc. in the following amounts:

I.      Rose Landry, $10,000.00

ii.     Earnestine Bratton, $15,000.00

iii.    Josie Williams, $18,000.00

iv.     Kimberly Haydel, $26,745.89, and $3,254.11

v.      Matthew Smith, $11,654.00

vi.     Debra Mosby $20,000.00

18dd.  Additional made Plaintiffs are **WARREN WALKER, RUTHA BLACKMON, SHANITA PATTERSON, NELSON AUGUST, PAMELA CLARK, MARK ANTHONY and CATHERINE GLORIOSO, SHAREEN MAGEE, SYLVIA MITCHELL, YOLANDA WHITE, VALANDER STEELE, DELINDA ADAMS, FRANCINE SMITH, LAURA LePAGE, LILLIE BUTLER, AMY GREEN, JOSEPH DOUGLAS, BEULAH MOSES,**

27

**ROBERT VICK, CAROL GRIFFIN, VERONICA MAGEE, CHARLOTTE JACKSON, and DARREN WOODS,** persons of the age of majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the State of Louisiana, and homeowners whose properties were damaged as a result of Hurricane Katrina, and whose damaged properties are security for mortgages held by Lender/Mortgagee **STANDARD MORTGAGE CORPORATION,** an alleged defendant class member. Plaintiffs hired Bruno to institute an insurance claims to recover insurance loss payments in excess of the amounts originally offered by the homeowners' insurance companies. Plaintiffs have also applied for and have been deemed eligible for or have already closed on Road Home grants. The insurance claims instituted on Plaintiffs' behalf by Bruno have resulted in insurance checks issued payable to Plaintiffs, Bruno, the Road Home, and Standard Mortgage Corporation in the following amounts:

I.      Warren Walker, $10,000.00

ii.     Rutha Blackmon, $15,000.00

iii.    Shanita Patterson, $8,792.15

iv.     Nelson August, $ 2,875.21

v.      Pamela Clark, $12,000.00

vi.     Mark Anthony and Catherine Glorioso, $5,000.00

vii.    Shareen Magee, $9,950.14

viii.   Sylvia Mitchell, $17,990.52

ix.     Yolanda White, $18,000.00

x.      Valander Steele, $18,500.00

xi.     Delinda Adams, $22,925.37

xii.    Francine Smith, $25,109.31

xiii.   Laura Lepage, $27,878.00

xiv.    Lillie Butler, $40,000.00

xv.     Amy Green, $5,000.00

xvi.    Joseph Douglas, $25,000.00

xvii.   Beulah Moses, $16,436.86

xviii.  Robert Vick, $15,000.00

xix.    Carol Griffin, $18,000.00

xx.     Veronica Magee, $5,000.00

xxi.    Charlotte Jackson, $18,000.00

xxii.   Darren Woods $15,000.00

18ee.   Additional made Plaintiffs are **GWENDOLYN JASMINE, and APRIL LAWRENCE**
persons of the age of majority and at all times relevant hereto domiciled within the
Jurisdiction of this Court in the State of Louisiana, and homeowners whose properties were
damaged as a result of Hurricane Katrina, and whose damaged properties are security for
mortgages held by Lender/Mortgagee **STATE FARM ACCEPTANCE CORPORATION,**
an alleged defendant class member. Plaintiffs hired Bruno to institute an insurance claims
to recover insurance loss payments in excess of the amounts originally offered by the
homeowners' insurance companies. Plaintiffs have also applied for and have been deemed

eligible for or have already closed on Road Home grants. The insurance claims instituted on Plaintiffs' behalf by Bruno have resulted in insurance checks issued payable to Plaintiffs, Bruno, the Road Home, and State Farm Acceptance Corporation., in the following amounts:

I.     Gwendolyn Jasmine $18,000.00

ii.    April Lawrence, $15,000.00

18ff.  Additional made Plaintiffs are **YOLANDA BIENEMY, CLAUDE WASHINGTON, JOANN POWELL, CLARICE BUTLER, SARAH LASTIE, CAROL HILL, and RUBY LEE WHITE,** persons of the age of majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the State of Louisiana, and homeowners whose properties were damaged as a result of Hurricane Katrina, and whose damaged properties are security for mortgages held by Lender/Mortgagee **SUN FINANCE COMPANY, INC.** an alleged defendant class member. Plaintiffs hired Bruno to institute an insurance claims to recover insurance loss payments in excess of the amounts originally offered by the homeowners' insurance companies. Plaintiffs have also applied for and have been deemed eligible for or have already closed on Road Home grants. The insurance claims instituted on Plaintiffs' behalf by Bruno have resulted in insurance checks issued payable to Plaintiffs, Bruno, the Road Home, and Sun Finance Company, Inc., in the following amounts:

I.     Yolanda Bienemy, $5,000.00

ii.    Claude Washington, $5,000.00

iii.   Joann Powell, $8,000.00

iv.    Clarice Butler, $8,000.00

v.     Sarah Lastie, $12,517.74

vi.    Carol Hill, $39,622.26

vii.   Ruby Lee White $26,131.61

18gg.  Additional made Plaintiff is **GLADYS RAMSEY**, a person of the age of majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the State of Louisiana, and homeowner whose property was damaged as a result of Hurricane Katrina, and whose damaged property is security for a mortgage held by Lender/Mortgagee **THE LEADER MORTGAGE COMPANY,** an alleged defendant class member. Plaintiff hired Bruno to institute an insurance claim to recover insurance loss payments in excess of the amount originally offered by the homeowner's insurance company. Plaintiff has also applied for and have been deemed eligible for or has already closed on a Road Home grant. The insurance claim instituted on Plaintiff's behalf by Bruno has resulted in an insurance check issued payable to Plaintiff, Bruno, the Road Home, and The Leader Mortgage Company, in the amount of $27,500.00.

18hh.  Additional made Plaintiffs are **SHAWN HARRIS, TANIA JACKSON, STACEY BASTIAN, and ANN CORNIN**, persons of the age of majority and at all times relevant hereto domiciled within the Jurisdiction of this Court in the State of Louisiana, and homeowners whose properties were damaged as a result of Hurricane Katrina, and whose damaged properties are security for mortgages held by Lender/Mortgagee **WASHINGTON MUTUAL HOME LOANS, INC.** an alleged defendant class member. Plaintiffs hired

Bruno to institute an insurance claims to recover insurance loss payments in excess of the amounts originally offered by the homeowners' insurance companies. Plaintiffs have also applied for and have been deemed eligible for or have already closed on Road Home grants. The insurance claims instituted on Plaintiffs' behalf by Bruno have resulted in insurance checks issued payable to Plaintiffs, Bruno, the Road Home, and Washington Mutual Home Loans Inc., in the following amounts:

I.      Shawn Harris, $16,075.60

ii.     Tania Jackson, $23,140.00

iii.    Stacey Bastian $16,000.00

iv.     Ann Corbin, $2,000.00


II.

Plaintiffs re-state and re-aver each and every other allegation, including the prayer for relief, of the original complaint as if set forth herein in their entirety.


**W H E R E F O R E**, Plaintiffs pray that this Supplemental and Amending Complaint be deemed good and sufficient, and filed into the record of this matter, and that after due proceedings had that there be a judgement herein in favor of the plaintiffs and against the defendants, all as set forth in the Prayer for relief of the original complaint, and for any and all other relief in law or equity that the Court finds reasonable in the premises.

RESPECTFULLY SUBMITTED

THE LAW OFFICES OF JOSEPH M. BRUNO

 /s/ Joseph M. Bruno
JOSEPH M. BRUNO (3604)
DAVID S. SCALIA (21369)
L. SCOTT JOANEN (21431)
855 Baronne Street
New Orleans, Louisiana 70113
PH: (504) 525-1335
FX: (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record through the Court's CM/ECF electronic filing system, on this __17th__ Day of September, 2009.

 /s/  Joseph M. Bruno
JOSEPH M. BRUNO

33